AUSA: Blake Hatlem Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Joshua Loy Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Kawaun Robinson

Case No. 2:26-mj-30194

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 14, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Joshua Loy, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

*Judge's signature*

Date: April 14, 2026

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

# Affidavit in Support of Criminal Complaint

1. I, Special Agent Joshua Loy, being first duly sworn, hereby state:

## Introduction

2. I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

3. I have been an ATF Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives since June 2018. I have a master's degree in criminal justice, and I am a graduate of the Federal Law Enforcement Training Center (FLETC) Criminal Investigator School and ATF's Special Agent Basic Training school.

4. I have participated in numerous investigations involving narcotics trafficking, firearms, robberies, assaults, homicides, and

criminal street gangs. I have been the affiant on numerous federal search warrants and federal criminal complaints.

5. I am currently assigned to the ATF Detroit Field Division, Ann Arbor Field Office, which is responsible for conducting investigations related to the illegal use and/or possession of firearms, armed drug trafficking, and organized crime. This affidavit is intended to show only that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter. Rather, I have set forth a summary of the investigation to date to establish that Kawaun ROBINSON has violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

**Probable Cause**

6. On April 7, 2026, Washtenaw County Sheriff's Office (WCSO) deputies responded to the area of 1641 Holmes Rd (OJ's Beauty Supply located in a strip mall), Ypsilanti, Michigan, for a report of a shooting in progress. Dispatch advised responding deputies that they had received multiple 911 calls in which witnesses reported hearing four to five gunshots and two vehicles speeding off from the area of the shooting.

7. WCSO Deputy Trowbridge, an evidence technician, processed the scene and collected four (4) .40 caliber, Blazer shell casings from the sidewalk in front of 1641 Holmes Rd. Deputy Trowbridge also found a bullet hole in the glass door of 1641 Holmes that was approximately 6 to 7 feet off the ground. The location of the bullet hole was consistent with the location of the head of an adult individual standing at the door, with the bullet discharged in the direction of the door in a slightly upward position, as though shot from a vehicle.




8. WCSO Deputy Phillips recovered surveillance footage from “Exotic Snacks” at 1643 Holmes Rd (a business adjacent to and

immediately East of 1641 Holmes Rd, in the same strip mall) that recorded the parking lot and sidewalk area in front of the store. I have reviewed this footage uploaded to evidence.com. The video shows a silver/pewter in color Chevy Cruze drive westbound from the east side of the parking lot and pull up next to the curb in front of 1643 Holmes Rd.

9. The video surveillance footage shows at least two subjects who are visible inside the Chevy Cruze. An unknown subject (appearing to be a Black Female (B/F) and believed to be Skye Freeman) in the driver's seat is wearing a green-colored hoodie or jacket. A black male bearing a thin mustache, believed to be Kawaun ROBINSON is seated in the front passenger's seat of the car wearing dark clothing. Additionally, circled in the image below, the driver of the vehicle (Freeman) can be observed holding what appears to be a smart phone in her right hand.



10. A review of the video footage shows the front passenger

window partially rolled down. The video footage shows ROBINSON reaching down with both hands by his lap/knees on the passenger's side of the car. As the Chevy Cruze starts to slowly roll forward, ROBINSON raises his hands to reveal he is holding what appears to be a "Draco"-style firearm (circled in red in the picture below).



11. As the Chevy Cruze continues westbound out of the video frame, the license plate comes into view and is subsequently identified as a Michigan plate bearing EWV2917.

12. Immediately after ROBINSON reveals the Draco firearm from the passenger side of the Chevy Cruze, a single shot can be heard (coming from the direction of the Chevy Cruze), followed by four (4) shots in succession coming from another firearm shooting in the direction of the Chevy Cruze.

13. During the same time as the four shots are fired toward the Chevy Cruze, video surveillance footage, depicts a black male with an outstretched arm holding a black pistol in his right hand pointed at the Chevy Cruze. This individual appears to be the person who fired multiple times in the direction of the Chevy Cruze (as evidence by the casings recovered from the scene).

14. After firing the pistol, this individual runs away from the Chevy Cruze, across the parking lot southbound. He is accompanied by another smaller, thin male wearing a black jacket and light-colored pants. These two subjects get into a black SUV and drive off at a high rate of speed, turning westbound on Holmes Rd where they are no longer pictured in the video surveillance footage.

15. A LEIN query of the Chevy Cruze revealed it belongs to Skye Freeman Jones.

16. Due to my experience investigating violent crimes in Washtenaw County, I am familiar with Skye Freeman. Through various investigations and conversations, I have learned that Skye Freeman is alleged to be in a relationship with an individual known on social media as "RDG Waun."

17. I spoke with WCSO Detective Thomas Raab who knows from

experience investigating local criminal groups that "Waun" is an alias for Kawaun ROBINSON, a black male, and the self-proclaimed "CEO" of a known violent gang called Run Down Gang or "RDG." I am also aware that ROBINSON uses "RDGWaun" in his Instagram alias or handle.

18. A criminal history (CCH) query for ROBINSON revealed he is on felony probation through the Michigan Department of Corrections for Felony Weapons – Firearms – Discharge from a Vehicle. Consequently, he is prohibited under federal law from possessing firearms or ammunition.

19. I queried ROBINSON in a law enforcement database and discovered he is associated with 4066 Allen Ave, Inkster, Michigan.

20. On April 10, 2026, at approximately 1030 hours I conducted mobile surveillance in the area of 4066 Allen Ave, Inkster, Michigan, and observed the same Chevy Cruze depicted in the surveillance footage referenced above, and bearing Michigan license plate EWV2917. The car was parked on the lawn in the backyard and positioned as though the users were trying to conceal its location.

21. On April 13, 2026, I obtained a federal search warrant for 4066 Allen Ave, Inkster, Michigan.

22. On April 14, 2026, at approximately 0635 hours, agents and officers knocked and announced their purpose and presence at the front

door of the residence. After a period of time and no response, forced entry was made through the front door of the residence, where law enforcement immediately encountered ROBINSON and Freeman in the living room of the residence. Law enforcement also encountered a young child in the front bedroom of the residence.

23. Once the location was secure, the following items were recovered from the residence;

a. One (1) loaded Century Arms, Draco, Semiautomatic Pistol, bearing S/N: USD003714, recovered from attic above living room,
b. 24 live rounds of 7.62 x 39 caliber ammunition, recovered from the Draco,
c. One (1) Identification card belonging to ROBINSON, recovered from the attic near the recovered Micro Draco,



24. S/A Loy advised Freeman of her Miranda Rights to which she acknowledged she understood and agreed to speak with Law Enforcement. During the interview she was asked if there were firearms in the residence, to which she stated there shouldn't be any. S/A Loy asked if a firearm was recovered who would it belong to. Freeman immediately looked down and then over to the direction of ROBINSON as if indicating the firearm would belong to him without explicitly stating so. Additionally, while Freeman was speaking to S/A Loy and WCSO Detective Raab in reference to the shooting, ROBINSON yelled out of the marked Michigan State Police vehicle, telling her to "shut the fuck up."

25. On April 14, 2026, I received verbal confirmation from ATF Special Agent Joshua McLean, an Interstate Nexus Firearms expert, that

the Century Arms Draco is a firearm as defined under 18 U.S.C. § 921. He also advised that the firearm was manufactured outside of the state of Michigan and therefore had traveled in and affected interstate commerce.

**Conclusion**

26. Based on this information, probable cause exists that ROBINSON violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm) within the Eastern District of Michigan.

Respectfully submitted,

Joshua Loy, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Hon. Elizabeth A. Stafford
United States Magistrate Judge

Date: April 14, 2026