3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KAWAUN ROBINSON,

Defendant.
______________________________/

Case: 2:26-cr-20236
Assigned To : Goldsmith, Mark A.
Referral Judge: Altman, Kimberly G.
Assign. Date : 4/22/2026
Description: INDI USA v ROBINSON (JP)

Violation:
18 U.S.C. § 922(g)(1)

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

18 U.S.C. § 922(g)(1)
*Felon in Possession of Firearm*

On or about April 7, 2026, through April 14, 2026, in the Eastern District of Michigan, Southern Division, the defendant, KAWAUN ROBINSON, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Century Arms, Draco pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense charged in Count One of this Indictment, the defendant, KAWAUN ROBINSON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461, any firearm or ammunition involved in said offense including but not limited to: one Century Arms, Draco pistol.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON, JR.
United States Attorney

*s/Mark Bilkovic*
Mark Bilkovic
Chief, Violent and Organized Crime Unit

*s/Blake S. Hatlem*
Blake S. Hatlem
Assistant United States Attorney

Dated: April 22, 2026

Case: 2:26-cr-20236
Assigned To : Goldsmith, Mark A.
Referral Judge: Altman, Kimberly G.
Assign. Date : 4/22/2026
Description: INDI USA v ROBINSON (JP)

| **United States District Court**<br>**Eastern District of Michigan** | Criminal Case Cover Sheet |
|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | **AUSA's Initials:** *s/B.H.* |

**Case Title:** USA v. Kawuan Robinson

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment -- prior complaint - Case No. 26-MJ-30194

**Superseding Case Information**

**Superseding to Case No:** ______________________ **Judge:** ______________________

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

April 22, 2026
Date

[signature]
Blake Hatlem
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Blake.Hatlem@usdoj.gov
(313) 226-9613
Bar #: P58969

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.